Boehm v. Menu Foods, Inc. et al　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 1 Att. 3
Case 1:07-cv-01018-PCE   Document 1-4   Filed 04/06/2007   Page 1 of 2
AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

Gregory Boehm

**SUMMONS IN A CIVIL CASE**

V.

Case Number:

Menu Foods, Inc., et al.

Judge:

Magistrate Judge:

TO: (Name and address of defendant)

　　Menu Foods Genpar Limited (aka
　　Menu Foods Limited)
　　8 Falconer Drive
　　Streetsville, ON, L5N 1B1
　　Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| John T. Murray<br>Dennis E. Murray Sr.<br>Leslie O. Murray<br>MURRAY & MURRAY CO. LPA<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44870 | Jeremy Gilman<br>Nicole Dorsky<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>200 Public Square, #2300<br>Cleveland, OH 44114 |

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH　　　　　　　　　　　　　　　　　　　DATE:
Clerk

_____
(By) Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
( Date   )
*Signature of Server*


*Address of Server*

AO 440 (Rev. 8/06) Summons in a Civil Action

Case 1:07-cv-01018-PCE    Document 1-4    Filed 04/06/2007    Page 2 of 2

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.