Boehm v. Menu Foods, Inc. et al                                                                                                    Doc. 3
Case 1:07-cv-01018-PCE    Document 3    Filed 04/17/2007    Page 1 of 3
AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

Gregory Boehm

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 1:07cv1018

Menu Foods, Inc., et al.

Judge: Economus

Magistrate Judge: Gallas

TO: (Name and address of defendant)

Menu Foods, Inc.
9130 Griffith Morgan Lane
Pennsauken, NJ  08110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| John T. Murray | Jeremy Gilman |
| Dennis E. Murray Sr. | Nicole Dorsky |
| Leslie O. Murray | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP |
| MURRAY & MURRAY CO., LPA | 200 Public Square, #2300 |
| 111 East Shoreline Drive | Cleveland, OH  44114 |
| P.O. Box 19 | |
| Sandusky, OH  44870 | |

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: April 6, 2007

_____
(By) Deputy Clerk

AO 440 (Rev. 8/06) Summons in a Civil Action

Case 1:07-cv-01018-PCE   Document 3   Filed 04/06/2007   Page 2 of 6
Case 1:07-cv-01018-PCE   Document 3   Filed 04/17/2007   Page 2 of 3

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me (1) | No Date |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Nicole Dorsky | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt Requested (See attached).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: April 17, 2007
( Date )

Signature of Server Nicole Dorsky

Address of Server

Benesch, Friedlander, Coplan &
 Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH  44114
(216) 363-4500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| 7160 3901 9842 9252 6534 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly) / B. Date of Delivery<br>C. Signature<br>X Hillman    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |

3. Service Type **CERTIFIED MAIL**
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

```
MENU FOODS, INC.
9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NJ   08110
```

PS Form 3811, January 2005 — Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address and ZIP+4 below •

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
2300 BP TOWER 200 PUBLIC SQ
CLEVELAND OH 44114-2378

N. DORSKY

---

**US Postal Service**
**Certified Mail Receipt**
Domestic Mail Only
No Insurance Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: CLEVELAND OH 44101, MAIN OFFICE WINDOW, APR 9 2007, USPS

7160 3901 9842 9252 6534

Sent To:
```
MENU FOODS, INC.
9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NJ   08110
```

PS Form 3800, January 2005 — US Postal Service — **Certified Mail Receipt**

N. DORSKY

2