82976-116259
TJC
4/27/07

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT EASTERN DIVISION

| | |
|---|---|
| **Gregory Boehm** ) | CASE NO: 1:07CV1018 |
| ) | |
| ) | JUDGE: PETER C. ECONOMUS |
| Plaintiff ) | |
| ) | |
| v. ) | DEFENDANT,'s, STIPULATION FOR |
| ) | EXTENSION OF TIME TO ANSWER |
| **Menu Foods, Inc., et al.** ) | THE COMPLAINT |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| ) | |
| ) | |

   We, the attorneys for the respective parties, do hereby stipulate that the Defendants, Menu Foods, Inc., Menu Foods Genpar Limited aka Menu Foods Limited, and Menu Foods Income Fund may answer the Complaint on or before May 29, 2007 and that the Court may enter an order accordingly, notice by the clerk has been waived.

                                                                s/ John T. Murray (#0008793)
                                                                111 East Shoreline Drive
                                                                P.O. Box 19
                                                                Sandusky, Ohio 44870
                                                                (419) 624-3000
                                                                Attorney for Plaintiff
                                                                Gregory Boehm

                                                                s/ Thomas J. Cabral   (0033041)
IT IS SO ORDERED:                                               **Gallagher, Sharp Attorneys.**
                                                                Sixth Floor, Bulkley Building
_____                                    1501 Euclid Avenue
                                                                (216) 241-5310
   JUDGE                                                        Attorney for Defendants
                                                                Menu Foods Inc.
                                                                Menu Foods Genpar Limited
                                                                Menu Foods Income Fund

Dockets.Justia.com