# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| GREGORY BOEHM, ) | CASE NO. 1:07CV1018 |
| ) | |
| Plaintiff, ) | JUDGE PETER C. ECONOMUS |
| ) | |
| -vs- ) | |
| ) | **MOTION FOR LEAVE TO WITHDRAW** |
| MENU FOODS, INC., *et al.*, ) | **AS COUNSEL FOR PLAINTIFF** |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Rule 83.9, the undersigned, on behalf of themselves and their firm, hereby seek leave of this Court to withdraw as counsel for Plaintiff Gregory Boehm ("Plaintiff"). All parties in this action, including Plaintiff have been notified in writing of this request pursuant to Local Rule 83.9. Plaintiff has ongoing representation in this case.

For these reasons, the undersigned hereby seeks leave to withdraw as counsel in this action. A proposed order granting this motion is attached hereto.

|   |   |
|---|---|
| | Respectfully submitted, |
| **OF COUNSEL:** |   /s/  Nicole Dorsky |
| | JEREMY GILMAN (#0014144) |
| **BENESCH, FRIEDLANDER,** | NICOLE DORSKY (#0079202) |
| **COPLAN & ARONOFF LLP** | 2300 BP Tower, 200 Public Square |
| | Cleveland, OH 44114 |
| | (216) 363-4500 Telephone |
| | (216) 363-4588 Facsimile |
| | jgilman@bfca.com |
| | ndorsky@bfca.com |
| | |
| | *Attorneys for Plaintiff Gregory Boehm* |

2

**CERTIFICATE OF SERVICE**

      This is to certify that the foregoing was filed electronically on the 30th day of May, 2007 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

      /s/  Nicole Dorsky
      NICOLE DORSKY  (#0079202)