## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY BOEHM, | ) | CASE NO. 1:07CV1018 |
| | ) | |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| MENU FOODS, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Jeremy Gilman and Nicole Dorsky of the law firm of Benesch Friedlander Coplan & Aronoff LLP having submitted their Motion for Leave to Withdraw as Counsel for Plaintiff Gregory Boehm, and as all requirements of Local Rule 83.9 have been satisfied, the Motion is hereby granted.

So ORDERED this _____ day of _____, 2007.


_____
JUDGE PETER C. ECONOMUS

Doc 1444686  Ver 1

Dockets.Justia.com