United States District Court
Northern District of Ohio
Office of the Clerk
801 W. Superior Avenue
Cleveland, OH 44113

July 23, 2007

Richard Sletten, Clerk
202 U. S. Courthouse
300 South Fourth Street
Minneapolis, MN 44415

**In re: MDL 1850  In re: Pet Foods Products Liability Litigation**

| Transfer of Civil Cases | OHN# | NJ# |
| --- | --- | --- |
| Boehm v Menu Foods, Inc., et al | 07-1018 | 07-2867 |

Dear Sir/Madam:

Pursuant to Conditional Transfer Order (CTO-1) by Judicial Panel on Multidistrict Litigation enclosed case is being transferred to the District of New Jersey and is assigned to the Honorable Noel L. Hillman.

You can access all documents electronically through CM/ECF Quick Query at **http://ecf.ohnd.circ6.dcn/cgi-bin/pquery.pl** .   **No log in or password is needed**.

Please acknowledge receipt of certified copy docket sheet by returning a copy of this memo in the enclosed envelope.

Sincerely,

Geri M. Smith, Clerk


By _____
       Renee Schumitsh
       MDL Coordinator
       Renee_Schumitsh@ohnd.uscourts.gov
       (216) 357-7017

Dockets.Justia.com

United States District Court
Northern District of Ohio
Office of the Clerk
801 W. Superior Avenue
Cleveland, OH 44113

July 23, 2007

Richard Sletten, Clerk
202 U. S. Courthouse
300 South Fourth Street
Minneapolis, MN 44415

**In re: MDL 1850  In re: Pet Foods Products Liability Litigation**

<u>Transfer of Civil Cases</u>                    <u>OHN#</u>        <u>NJ#</u>
Boehm v Menu Foods, Inc., et al            07-1018    07-2867

Dear Sir/Madam:

Pursuant to Conditional Transfer Order (CTO-1) by Judicial Panel on Multidistrict Litigation enclosed case is being transferred to the District of New Jersey and is assigned to the Honorable Noel L. Hillman.

You can access all documents electronically through CM/ECF Quick Query at **http://ecf.ohnd.circ6.dcn/cgi-bin/pquery.pl** .   **No log in or password is needed**.

Please acknowledge receipt of certified copy docket sheet by returning a copy of this memo in the enclosed envelope.

Sincerely,

Geri M. Smith, Clerk


By _____
        Renee Schumitsh
        MDL Coordinator
        Renee_Schumitsh@ohnd.uscourts.gov
        (216) 357-7017